DeLoreto V Sitron            30 1 cv 00923 [JCH]
                            302 cv 01187 [JCH]
Motion; Reopen Citron Cases

1  DeLoreto demands that

Harassing  the DeLoreto VSitron lawsuits
Calls

       be reopen because DeLoreto

con prove through phone company

records that Sitron did not

Investigate phone numbers

given to him by DeLoreto and

the phone Company [Harassing Calls]

2  Probaly because the phone calls

were from the members of

the Wethersfield Police Dept

On the 7th Day April 2004

                         Dante DeLoreto

DeLoreto VSitron

301 CV 00923 JCH
302 CV 01187 JCH

Motion; Sworn Affidavit

1 The DeLoreto home recieved numerous
Harrasing phone calls one weekend, Sitron
who was duty during the week
after the DeLoretos rounded up
the phone# who were calling our house

2 Sitron who had the phone numbers
also mentioned in the lawsuits
Just flat refused to Investigate
because it was for 5/8 Five Eights
DeLoreto [Probaly calls were by WPD !!]
On the 7th Day of April 2004

# Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

James Cetran
250 Silas Dean
Weth Ct 06109

Jim Tallbers
1 State St
Hartford Ct

USDC
Bridgeport Ct

On the 7th Day of April 2004