UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE DeLORETO | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-01-cv-923 (JCH) |
| | : | |
| GUILIANO, ET AL | : | MAY 28, 2004 |
| Defendants | : | |

## RULING RE:
## MOTION; REOPEN CITRON CASES [DKT. NO. 11]

By Motion dated April 8, 2004, the pro se plaintiff, Dante DeLoreto, demanded that the <u>DeLoreto v. CITRON</u> lawsuit be reopened. That Motion bore the caption of 3-01-cv-923 (JCH) and 3-02-cv-1187(JCH). It was docketed by the Clerk properly in the first-numbered case of 3-01-cv-923(JCH).

The second-listed case, 3-02-cv-1187, was mistakenly identified as a "JCH" case. In fact, it is assigned to Judge Warren Eginton of this District.

There are no "CITRON" defendants, or "Citron" lawsuits before this court in case no. 3-01-cv-923(JCH). The originally-named defendants were "Guiliano, Brodsky, O'Brian and Sussco." The above-referenced case was dismissed for failure to respond to the Notice to Pro Se Litigant issued by the Court on October 4, 2001. The court issued that Notice because no proof of service had been filed with the court.

There is no basis set forth in the plaintiff's Motion [Dkt. No. 11] that would justify a

re-opening of the case. He does not explain to the court whether service has been made, and if not, why not. Therefore, this Motion is denied in the above-captioned case.

To the extent the pro-se litigant intended this Motion to apply to 3-02-cv-1187, he should refile the motion in that numbered case properly identified with the initials "WWE."

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 28th day of May, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge